UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JAMES TOMASSI,

                Plaintiff,               For Online Publication Only

      -against-                      **ORDER**
                                                                 17-CV-3338 (JMA) (AKT)

STONY BROOK HOSPITAL et al,

                Defendant.
-------------------------------------------------------------X
**AZRACK, United States District Judge:**

       This action was filed on June 9, 2017. On October 10, 2018 the Court granted *pro se* plaintiff's application to proceed *in forma pauperis* and dismissed the complaint without prejudice. Plaintiff was granted leave to file an amended complaint within thirty (30) days from the date of the Order. A copy of the Order was mailed to plaintiff at his address listed on the docket sheet. To date, plaintiff has not filed an amended complaint, nor has he otherwise communicated with the Court about this case. Accordingly, judgment in this case shall now enter.

       The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of any appeal. See Coppedge v. United States, 369 U.S. 438, 444–45 (1962).

       The Clerk of Court is directed to mail a copy of this Order to the *pro se* plaintiff at his last known address and to mark this case closed.

**SO ORDERED.**

Date:   December 6, 2018
            Central Islip, New York

                                                                       /s/ (JMA)
                                                          Joan M. Azrack
                                                          United States District Judge